**John Paul TURNER, Petitioner–Appellant,**

v.

**Commonwealth of VIRGINIA, Respondent–Appellee.**

No. 10–2417.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: March 9, 2011.

John Paul Turner, Appellant Pro Se.

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order dismissing this action petitioning for a writ of coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Virginia,* No. 7:10–cv–00555–sgw–mfu (W.D.Va. Dec. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*